IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| MARILYN SHELBY, | ) |
| Plaintiff, | ) Case No. 2:17-cv-728 |
| v. | ) JUDGE |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION.

1. On July 17, 2017, an action was filed against Defendant, State Farm Fire and Casualty Company, in the Common Pleas Court of the State of Ohio, in and for Delaware County entitled <u>Marilyn Shelby v. State Farm Fire and Casualty Company</u>, Case No. 17-CVH-070432, and said action was commenced by service of a copy of the Complaint and Summons upon Defendant on July 19, 2017, a copy of which is attached.  Note Exhibit 1 was not attached to said Complaint.  Defendant has caused an Answer to be filed, a copy of which is attached hereto.  No further proceedings have been had herein.

2. The above described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this court by petitioner defendant herein, pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between citizens of different states.  The Plaintiff who is suing State Farm,

at the time this action was commenced, was and still is a citizen of the State of Ohio; and the Defendant State Farm, at the time this action was commenced, was and still is a corporation incorporated under the laws of the State of Illinois, with its principal place of business in the State of Illinois and was not and is not a citizen of the State of Ohio wherein this action was brought.

3. Defendant desires to remove this action into this Court as provided in 28 U.S.C. § 1446(b) and does so within the 30-day requirement.

WHEREFORE, Defendant notifies all parties that the above action now pending in the Court of Common Pleas in the State of Ohio in and for Delaware County is removed to the United States District Court for the Southern District of Ohio, Eastern Division at Columbus.

    Respectfully submitted,

    GALLAGHER, GAMS, PRYOR,
    TALLAN & LITTRELL, L.L.P.


By: /s/ Mark H. Gams
    MARK H. GAMS (0025362)
    Trial Attorney for Defendant, State Farm
    Fire and Casualty Company
    471 East Broad Street, 19th Floor
    Columbus, Ohio 43215-3872
    (614) 228-5151  FAX: (614) 228-0032
    mgams@ggptl.com

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was served upon the following by ordinary U.S. mail service this 18th day of August, 2017:

Steven E. Hillman
8581 Crail Court
Dublin, Ohio  43017
Attorney for Plaintiff

                                GALLAGHER, GAMS, PRYOR,
                                TALLAN & LITTRELL, L.L.P.

                                By:      /s/ Mark H. Gams
                                     MARK H. GAMS      (0025362)
                                     Trial Attorney for Defendant, State Farm
                                     Fire and Casualty Company

mhg\200742\pl 04 kh