IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARILYN SHELBY,**

    **Plaintiff,**

  v.                                                  Civil Action 2:17-cv-728
                                                     Magistrate Judge Jolson

**STATE FARM FIRE AND CASUALTY COMPANY,**

    **Defendant.**

## ORDER

This case has been reported settled.  **A telephonic status conference will be held on July 2, 2018 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

IT IS SO ORDERED.

Date:  May 18, 2018                                    /s/ Kimberly A. Jolson
                                                        KIMBERLY A. JOLSON
                                                        UNITED STATES MAGISTRATE JUDGE